# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **AQUA CONNECT, INC. and STRATEGIC TECHNOLOGY PARTNERS, LLC,**<br><br>　　　　**Plaintiffs,**<br><br>　　v.<br><br>**SPLASHTOP, INC.,**<br><br>　　　　**Defendant,** | Civil Action No. 1:18-cv-455-MN |

## STIPULATED DISMISSAL WITH PREJUDICE

Plaintiffs Aqua Connect, Inc. and Strategic Technology Partners, LLC (collectively, "Aqua") and defendant Splashtop, Inc. ("Splashtop") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismissing all claims against Splashtop with prejudice and all counterclaims against Aqua without prejudice, with each party to bear its own costs, expenses and attorneys' fees.

| | |
|---|---|
| Dated:  May 21, 2019 | STAMOULIS & WEINBLATT LLC<br><br>*s/ Stamatios Stamoulis*<br>Stamatios Stamoulis (No. 4606)<br>Richard C. Weinblatt (No. 5080)<br>800 N West Street, Third Floor<br>Wilmington, DE 19801<br>Telephone: (302) 999-1540<br>stamoulis@swdelaw.com<br>weinblatt@swdelaw.com<br><br>LAW OFFICE OF RYAN E. HATCH, PC<br>Ryan E. Hatch (admitted *Pro Hac Vice*)<br>13323 Washington Blvd, Suite 100<br>Los Angeles, CA 90066<br>Telephone: 310-279-5076<br>Fax: 310-693-5328<br>ryan@ryanehatch.com<br><br>*Attorneys for Plaintiffs* |

Dated: May 21, 2019                            FISH & RICHARDSON, P.C.

                                            */s/ Jeremy D. Anderson* _____
Jeremy D. Anderson
Fish & Richardson, P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114
302-778-8452
Fax: 302-652-5070
Email: janderson@fr.com

FISH & RICHARDSON P.C.
David B. Conrad (admitted *Pro Hac Vice*)
Michael R. Ellis (admitted *Pro Hac Vice*)
Neil J. McNabnay (admitted *Pro Hac Vice*)
Theresa M. Dawson (admitted *Pro Hac Vice*)
1717 Main Street, Suite 5000, Dallas, TX 75201
Telephone: (214) 747-50070
Facsimile: (214) 747-2091
Email: conrad@fr.com
Email: ellis@fr.com
Email: mcnabnay@fr.com
Email: TDawson@fr.com

*Attorneys for Defendant*

**IT IS SO ORDERED** this ____ day of _____, 2019.

                                            _____
                                            United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2019, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

                    */s/ Stamatios Stamoulis*
                    Stamatios Stamoulis #4606